08-MC-05054-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JENNIFER KOLAR, Defendant, and FIDELITY INVESTMENTS, Garnishee. | No. MS08-5054RBL<br><br>GARNISHEE ORDER |

A Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about October 9, 2008, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due the Defendant, and that the Garnishee was indebted to the Defendant.

On September 26, 2008, the Defendant was notified of the right to a hearing and has not requested a hearing to determine exempt property.

//

//

//

Garnishee Order

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS ORDERED that the Garnishee pay to the Plaintiff $4,976.44 of the Defendant's

2 nonexempt interest in her Fidelity Investment account, valued at $4,976.44 as of October 7,

3 2008, and continue said payments until the debt to the Plaintiff is paid in full or until the

4 Garnishee no longer has custody, possession or control of any property belonging to the debtor or

5 until further Order of this court.

6

7    DATED this 23rd day of December, 2008.

8                                                     [signature]
9                                              UNITED STATES DISTRICT COURT JUDGE

10 Presented by:

11
   s/Anastasia D. Bartlett
12 ANASTASIA D. BARTLETT
   Assistant United States Attorney
13 Washington State Bar No. 7142
   700 Stewart Street, Suite 5220
14 Seattle, WA 98101
   Telephone: (206) 553-7970
15 Fax: (206) 553-4067
   E-mail: anastasia.bartlett@usdoj.gov
16

Garnishee Order