FILED _____ LODGED
_____ RECEIVED

**NOV 23 2009**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JENNIFER KOLAR,<br><br>      Defendant,<br><br>      v.<br><br>FIDELITY INVESTMENTS,<br><br>      Garnishee. | NO. 3:08-MC-05054-RBL<br><br>**UNITED STATES' APPLICATION FOR ORDER TERMINATING GARNISHMENT AND [~~PROPOSED~~] ORDER** |

COMES now the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington and Anastasia D. Bartlett, Assistant United States Attorney, and pursuant to 28 U.S.C. § 3210(C), declares that the debt for which the above captioned garnishment was issued has been satisfied and therefore the garnishment may be terminated.

Because the debt for which the garnishment was issued has been satisfied and no further monies are owed, the United States respectfully requests the Court to issue an order terminating the garnishment so the Garnishee is no longer under the responsibility to continue making payments to the Clerk of the Court.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

DATED this 19th day of November, 2009.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: anastasia.bartlett@usdoj.gov

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of November, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Anastasia D. Bartlett
ANASTASIA D. BARTLETT, WSBA #7142
Assistant United States Attorney

UNITED STATES' APPLICATION FOR ORDER
TERMINATING GARNISHMENT & [PROPOSED] ORDER - 2
(3:08-MC-05054-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on November 19, 2009, I electronically filed the foregoing United States' Application for Order Terminating Garnishment and [Proposed] Order, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

-0-

I further certify that on November 19, 2009, I caused to be mailed by United States Postal Service the United States' Application for Order Terminating Garnishment and [Proposed] Order, with the Clerk, to the following CM/ECF participant(s), addressed as follows:

JENNIFER KOLAR
4335 Latona Avenue NE
Seattle, WA 98105

FIDELITY INVESTMENTS
P.O. Box 770003
Cincinnati, OH 45277-0065

DATED this 19th day of November, 2009.

s/ Dawn H. Fernandez
Dawn H. Fernandez
Financial Litigation Unit
United States Attorney' s Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
E-mail: dawn.fernandez@usdoj.gov

UNITED STATES' APPLICATION FOR ORDER
TERMINATING GARNISHMENT & [PROPOSED] ORDER - 3
(3:08-MC-05054-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970